| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption In Compliance With D.N.J. LR 9004(2)(c)** |
| In Re<br><br>SCOTT J. APPEL<br><br>Debtor. |

Chapter 13

Case No. 19-21156-JKS

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that Grandover Pointe Condominium Association, Inc. (the "*Association*"), appears in the above-captioned case by its counsel, Stark & Stark, A Professional Corporation; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

Tana Bucca, Esquire
Stark & Stark, A Professional Corporation
222 Ridgedale Ave
Cedar Knolls, New Jersey 07927
T: 973.998.9683
F: 973.998.9687
E-mail: tbucca@stark-stark.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the Association does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Association expressly reserves.

Dated: June 21, 2019

STARK & STARK,
A Professional Corporation

_/s/ Tana Bucca_
Tana Bucca
222 Ridgedale Ave
Cedar Knolls, New Jersey 07927
T: 973.998.8360
F: 973.998.9687

Attorneys for Grandover Pointe Condominium Assn., Inc.

## CERTIFICATE OF SERVICE

TANA BUCCA hereby certifies that on the 21th day of June, 2019, I caused a true and correct copy of this Notice of Appearance to be electronically filed with the Court via CM/ECF and thereby served upon all registered users and parties requesting notice of papers.


Dated: June 21, 2019                                                        /s/ Tana Bucca
                                                                                                              Tana Bucca

4810-8830-8379, v. 1