Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21156−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott J Appel
   264 Levinburg Lane
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−6654

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/8/19 and a confirmation hearing on such Plan has been scheduled for 8/8/19.

The debtor filed a Modified Plan on 9/17/19 and a confirmation hearing on the Modified Plan is scheduled for 10/24/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: September 18, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-21156-JKS
Scott J Appel                                                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 18, 2019
                              Form ID: 186             Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Scott J Appel,    264 Levinburg Lane,    Wayne, NJ 07470-4080
cr             +Grandover Pointe Condominium Association, Inc.,     1655 Valley Road, Ste. 300,
                 c/o Wilkin Management Group,    Wayne, NJ  07470,    UNITED STATES 07470-2044
518281450      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518281452      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518376177       EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY,PC,    PO Box 1123,    Minneapolis, MN 55440-1123
518376269       NJ ACUTE CARE SPECIALISTS PROFESSIONAL CORP,    PO Box 1123,    Minneapolis, MN 55440-1123
518281456      +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
518281457      +Td Auto Finance,    Attn: Bankruptcy Dept,    Po Box 9223,    Farmington Hills, MI 48333-9223
518281458      +Toyota Financial Services,    Po Box 9786,    Cedar Rapids, IA 52409-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2019 23:47:46      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2019 23:47:45      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
518281449      +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 23:47:22      Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
518281451      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 23:45:35      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518345741      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 23:45:55
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518281454      +E-mail/Text: camanagement@mtb.com Sep 18 2019 23:47:34      Hudson City Savings Ba,
                 Hudson City Savings Bank,    80 W Century Road,    Paramus, NJ 07652-1437
518281455       E-mail/Text: camanagement@mtb.com Sep 18 2019 23:47:34      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
518403769       E-mail/Text: camanagement@mtb.com Sep 18 2019 23:47:34      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240
518388479      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 23:45:40      Verizon,
                 by American InfoSource as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518281459      +E-mail/Text: collect@williamsalexander.com Sep 18 2019 23:47:33      Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518281453*     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Camille J Kassar    on behalf of Debtor Scott J Appel ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank. rsolarz@kmllawgroup.com
              Tana Bucca    on behalf of Creditor    Grandover Pointe Condominium Association, Inc.
               tbucca@beckerlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```