| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BECKER & POLIAKOFF, LLP<br>By:  Karl T. Meth, Esquire<br>1776 On The Green<br>67 East Park Place Suite 800<br>Morristown, New Jersey 07960<br>(973) 898-6502<br>Attorneys for Creditor Grandover Pointe<br>Condominium Association, Inc. | |
| In Re:<br><br>Scott J. Appel,<br><br>                    Debtor. | Case No.: 19-21156-JKS<br><br>Chapter: 13<br><br>Judge: Honorable John K. Sherwood |

## NOTICE OF APPEARANCE

Please take notice in accordance with Fed. R, Bankr. P. 9010(b) that the undersigned enters an appearance in this case on behalf of Grandover Pointe Condominium Association, Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Karl T. Meth, Esquire
Becker & Poliakoff, LLP
1776 On The Green
67 East Park Place Suite 800
Morristown, NJ 07960

DOCUMENTS:
☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☑ All documents and pleadings of any nature.

Date:  October 8, 2019              /s/ Karl T. Meth
                                    Signature

{N0234148 }                         1