| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| BECKER & POLIAKOFF, LLP<br>By: Karl Meth, Esquire<br>1776 On The Green<br>67 Park Place East Suite 800<br>Morristown, New Jersey 07960<br>(973) 898-6502<br>Attorneys for Creditor Grandover Pointe<br>Condominium Association, Inc.<br><br>Caption in Compliance with D.N.J. LR 9004(2)(c) | Chapter 13<br><br>Case No. 19-21156-JKS<br><br>Judge: Honorable John K. Sherwood |
| In Re:<br><br>Scott J. Appel,<br><br>                Debtor. | **SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the Substitution of Becker & Poliakoff, LLP as attorneys for the Grandover Pointe Condominium Association, Inc.; in the above entitled case.

BECKER & POLIAKOFF, LLP

By: _Karl Meth_
Karl Meth
Superseding Attorney

STARK & STARK, P.C.

By: _A. Chris Florio_
A. Chris Florio
Withdrawing Attorney

Dated: September 19, 2019

{N0232343 }