UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Scott Appel,

Debtor.

Case No.:  19-21156-JKS

Chapter:  13

Hearing Date:  1/23/2020

Judge:  Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief re: 264 Levinberg Lane, Wayne, NJ (Docket # 38)

_____

Date: 1/16/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*