CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ  07004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-21156

Re:   SCOTT J APPEL
      264 LEVINBURG LANE
      WAYNE,  NJ  07470

Atty:  CAMILLE J KASSAR
       LAW OFFICES OF CAMILLE KASSAR, LLC
       271 ROUTE 46 WEST
       SUITE C-102
       FAIRFIELD, NJ  07004

## RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $65.73 | 539831801 | 08/06/2019 | $65.73 | 6074847000 |
| 09/04/2019 | $65.73 | 6150971000 | 10/11/2019 | $184.41 | 6248008000 |

**Total Receipts: $381.60  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $381.60**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M & T BANK | 11/18/2019 | $365.76 | 8,001,292 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 15.84 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,841.00 | 100.00% | 0.00 | 1,841.00 |
| 0004 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | M & T BANK | MORTGAGE ARRE | 41,165.78 | 100.00% | 365.76 | 40,800.02 |
| 0007 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 320.06 | 100.00% | 0.00 | 320.06 |
| 0008 | NJ ACUTE CARE SPECIALSTS PROFESSIO | UNSECURED | 338.48 | 100.00% | 0.00 | 338.48 |
| 0009 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,746.92 | 100.00% | 0.00 | 1,746.92 |

**Total Paid:  $381.60**
See Summary

**Chapter 13 Case # 19-21156**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

| Receipts: $381.60 | - | Paid to Claims: $365.76 | - | Admin Costs Paid: $15.84 | = | Funds on Hand: $0.00 |

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.