UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BECKER & POLIAKOFF, LLP
KARL T. METH 0842
67 East Park Place, Suite 800
Morristown, NJ 07960
Attorneys for Grandover Pointe Condominium Association, Inc.
kmeth@beckerlawyers.com

In Re:
Scott J. Appel

| | |
|---|---|
| Case No.: | 19-21156-JKS |
| Judge: | John K. Sherwood |
| Hearing Date(s): | March 27, 2020 |
| Chapter: | 13 |

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

(Page 2)
Debtor: Scott J. Appel
Case No. 19-21156-JKS
Caption of Order: Consent Order Resolving the Automatic Stay Motion for Creditor Grandover Pointe Condominium Association, Inc.

With Debtor's Counsel Camille Kasar, Esq. and Counsel for the Creditor Grandover Pointe Condominium Association, Inc. ("Creditor" or "Association") Karl T. Meth, Esq of Becker & Poliakoff having consented to this Order Resolving the Automatic Stay Motion of the Creditor and the Court having found good cause, it is hereby:

**ORDERED** as follows:

1. The Creditor's Motion for Relief from The Automatic Stay pursuant to 11 U.S.C. Section 362(a) shall hereby be withdrawn without prejudice subject to the following conditions:

   a. The Debtor shall the sum of $5,317.50 for post-petition maintenance fees and other related charges on or before February 28, 2020. Should payment not be made in full on or before that date the Automatic Stay will be automatically lifted to permit the Association to resume all state court collection actions on the obligation owed to the Association.

   b. Commencing in March of 2020, the Debtor shall commence paying the monthly maintenance charges in the amount of $315.00 (or the amount as increased by the Board for the monthly charges in the future) with said monthly amount being deemed late as of the 10th of each month. Should payment not be made in full on or before that date the Automatic Stay will be automatically lifted to permit the Association to resume all state court collection actions on the obligation owed to the Association upon the filing of a Certification with the Court by the Creditor's attorney.

Consent is hereby given to the above:

Dated: February 21, 2020

_Karl T. Meth_

Karl T. Meth, Esq. Attorney for Creditor

Dated: February 21, 2020

_Camille Kassar_

Camille J. Kassar, Esq. Attorney for the Debtor