| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BECKER & POLIAKOFF, LLP<br>KARL T. METH 0842<br>67 East Park Place, Suite 800<br>Morristown, NJ 07960<br>Attorneys for Grandover Pointe Condominium Association, Inc.<br>kmeth@beckerlawyers.com | |
| In Re:<br>Scott J. Appel | Case No.:  19-21156-JKS<br><br>Chapter:  13<br><br>Hearing Date:  March 27, 2020<br><br>Judge:  John K. Sherwood |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order __Resolving Creditor's Motion for Relief__ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: 2/26/2020                                     Karl T. Meth
                                                    Signature of Attorney

*rev.8/1/15*