rev.8/1/15

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| BECKER & POLIAKOFF, LLP |
| KARL T. METH, ESQ 0842 |
| 67 East Park Place, Suite 800 |
| Morristown, NJ 07960 |

In Re:

Scott J. Appel

Case No.: _19-21156 JKS_

Chapter: _13_

Hearing Date: _February 27, 2020_

Judge: _John K. Sherwood_

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: _Docket report numbers 47 and 48 - mistakenly filed_

Date: _2/26/20_

s/s Karl T. Meth
Signature