UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

BECKER & POLIAKOFF, LLP
KARL T. METH, ESQ - 0842
67 East Park Place, Suite 800
Morristown, NJ 07960
kmeth@beckerlawyers.com

Order Filed on March 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Scott J. Appel

| | |
|---|---|
| Case No.: | 19-21156-JKS |
| Judge: | John K. Sherwood |
| Hearing Date(s): | February 27, 2020 |
| Chapter: | 13 |

Recommended Local Form     ☐ Followed     ☒ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) ~~through four (4)~~, is **ORDERED**.

**DATED: March 4, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Scott J. Appel
Case No. 19-21156-JKS
Caption of Order: Consent Order Resolving the Automatic Stay Motion for Creditor Grandover Pointe Condominium Association, Inc.

With Debtor's Counsel Camille Kasar, Esq. and Counsel for the Creditor Grandover Pointe Condominium Association, Inc. ("Creditor" or "Association") Karl T. Meth, Esq of Becker & Poliakoff having consented to this Order Resolving the Automatic Stay Motion of the Creditor and the Court having found good cause, it is hereby:

**ORDERED** as follows:

1. The Creditor's Motion for Relief from The Automatic Stay pursuant to 11 U.S.C. Section 362(a) shall hereby be withdrawn without prejudice subject to the following conditions:

    a. The Debtor shall the sum of $5,317.50 for post-petition maintenance fees and other related charges on or before February 28, 2020. Should payment not be made in full on or before that date the Automatic Stay will be automatically lifted to permit the Association to resume all state court collection actions on the obligation owed to the Association.

    b. Commencing in March of 2020, the Debtor shall commence paying the monthly maintenance charges in the amount of $315.00 (or the amount as increased by the Board for the monthly charges in the future) with said monthly amount being deemed late as of the 10th of each month. Should payment not be made in full on or before that date the Automatic Stay will be automatically lifted to permit the Association to resume all state court collection actions on the obligation owed to the Association upon the filing of a Certification with the Court by the Creditor's attorney.

Consent is hereby given to the above:

Dated: February 21, 2020

_Karl T. Meth_

Karl T. Meth, Esq. Attorney for Creditor

Dated: February 21, 2020

_Camille Kassar_

Camille J. Kassar, Esq. Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-21156-JKS
Scott J Appel                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Mar 04, 2020
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
```
db             +Scott J Appel,   264 Levinburg Lane,   Wayne, NJ 07470-4080
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
```
              Camille J Kassar    on behalf of Debtor Scott J Appel ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karl   Meth    on behalf of Creditor   Grandover Pointe Condominium Association, Inc.
               kmeth@beckerlawyers.com,   info@acalabreselaw.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor   M&T Bank. phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T Bank. rsolarz@kmllawgroup.com
              Tana   Bucca    on behalf of Creditor   Grandover Pointe Condominium Association, Inc.
               tbucca@beckerlawyers.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```