Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−21156−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Scott J Appel
    264 Levinburg Lane
    Wayne, NJ 07470

Social Security No.:
    xxx−xx−6654

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/11/20 at 10:00 AM

to consider and act upon the following:

**57** − Motion To Reinstate Stay as to Creditor, M&T Bank Filed by Camille J Kassar on behalf of Scott J Appel. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Kassar, Camille)


Dated: 5/11/20

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Scott J Appel  
    Debtor

Case No. 19-21156-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: May 11, 2020  
                      Form ID: ntchrgbk   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.
```
db             +Scott J Appel,    264 Levinburg Lane,    Wayne, NJ 07470-4080
cr             +Grandover Pointe Condominium Association, Inc.,    1655 Valley Road, Ste. 300,
                 c/o Wilkin Management Group,    Wayne, NJ  07470,    UNITED STATES 07470-2044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
```
              Camille J Kassar     on behalf of Debtor Scott J Appel ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    M&T Bank. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karl  Meth     on behalf of Creditor    Grandover Pointe Condominium Association, Inc.
               kmeth@beckerlawyers.com,    info@acalabreselaw.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Phillip Andrew Raymond     on behalf of Creditor    M&T Bank. phillip.raymond@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz     on behalf of Creditor    M&T Bank. rsolarz@kmllawgroup.com
              Tana  Bucca     on behalf of Creditor    Grandover Pointe Condominium Association, Inc.
               tbucca@beckerlawyers.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```