**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    SCOTT J APPEL

Order Filed on June 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-21156 JKS**

**Hearing Date:  6/11/2020**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 10, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  SCOTT J APPEL

Case No.:  19-21156

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/11/2020 on notice to CAMILLE J KASSAR,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,000.00

  starting on 7/1/2020 for the remaining 48 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-21156-JKS
Scott J Appel                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Jun 10, 2020
                           Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db              +Scott J Appel,    264 Levinburg Lane,    Wayne, NJ 07470-4080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
            Camille J Kassar     on behalf of Debtor Scott J Appel ckassar@locklawyers.com,
              kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com
            Denise E. Carlon     on behalf of Creditor    M&T Bank. dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
            Karl  Meth   on behalf of Creditor    Grandover Pointe Condominium Association, Inc.
              kmeth@beckerlawyers.com,   info@acalabreselaw.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Phillip Andrew Raymond    on behalf of Creditor    M&T Bank. phillip.raymond@mccalla.com,
              mccallaecf@ecf.courtdrive.com
            Rebecca Ann Solarz    on behalf of Creditor    M&T Bank. rsolarz@kmllawgroup.com
            Tana  Bucca   on behalf of Creditor    Grandover Pointe Condominium Association, Inc.
              tbucca@beckerlawyers.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8