UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar, Esq
Law Offices of Camille Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax: 973-860-2448
Email:ckassar@locklawyers.com
Attorney for Debtor

In Re:

Scott J. Appel

Case No.: 19-21156

Chapter: 13

Hearing Date: _____

Judge: JKS

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Application for compensation Docket#68. It will be corrected and refiled

_____

Date: 12/4/2020

/s/ Camille J. Kassar
Signature

*rev.8/1/15*