CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ  07004

Re: SCOTT J APPEL
264 LEVINBURG LANE
WAYNE, NJ  07470

Atty: CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ  07004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-21156

### RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $65.73 | 539831801 | 08/06/2019 | $65.73 | 6074847000 |
| 09/04/2019 | $65.73 | 6150971000 | 10/11/2019 | $184.41 | 6248008000 |
| 03/02/2020 | $3,891.32 | 6606138000 | 04/22/2020 | $1,000.00 | 6732589000 |
| 05/06/2020 | $1,000.00 | 6772338000 | 05/07/2020 | $900.00 | 6774617000 |
| 06/02/2020 | $1,000.00 | 6834893000 | 07/09/2020 | $681.08 | 6928075000 |
| 08/12/2020 | $1,000.00 | 7007548000 | 09/15/2020 | $1,000.00 | 7086166000 |
| 11/23/2020 | $1,000.00 | 7251044000 | 12/03/2020 | $1,000.00 | 7282265000 |
| 01/07/2021 | $1,000.00 | 7364447000 | 01/08/2021 | $1,000.00 | 7364450000 |

**Total Receipts: $14,854.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $14,854.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M & T BANK | | | | | | |
| | 11/18/2019 | $365.76 | 8,001,292 | 07/20/2020 | $7,113.28 | 8,001,662 |
| | 07/20/2020 | $110.69 | 8,001,662 | 08/17/2020 | $609.72 | 8,001,722 |
| | 08/17/2020 | $20.28 | 8,001,722 | 09/21/2020 | $895.23 | 8,001,785 |
| | 09/21/2020 | $29.77 | 8,001,785 | 10/19/2020 | $33.87 | 8,001,845 |
| | 01/11/2021 | $2,651.81 | 8,002,013 | 01/11/2021 | $89.32 | 8,002,013 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,084.27 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,841.00 | 100.00% | 0.00 | 1,841.00 |
| 0004 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | M & T BANK | MORTGAGE ARRE | 41,165.78 | 100.00% | 11,669.67 | 29,496.11 |
| 0007 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 320.06 | 100.00% | 0.00 | 320.06 |
| 0008 | NJ ACUTE CARE SPECIALSTS PROFESSIO | UNSECURED | 338.48 | 100.00% | 0.00 | 338.48 |

Chapter 13 Case # 19-21156

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0009 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,746.92 | 100.00% | 0.00 | 1,746.92 |
| 0010 | M & T BANK | (NEW) MTG Agree | 1,231.00 | 100.00% | 250.06 | 980.94 |

**Total Paid: $13,004.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $14,854.00       -    Paid to Claims: $11,919.73      -     Admin Costs Paid: $1,084.27    =    Funds on Hand: $1,850.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.