Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21156−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott J Appel
   264 Levinburg Lane
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−6654

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/25/21 at 10:00 AM

to consider and act upon the following:

**77** − Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 6/26/2019 to 1/24/2021, fee: $2290.00, expenses: $0.00. Filed by Camille J Kassar. Hearing scheduled for 2/25/2021 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Cover Letter Summary # 2 TIme sheet # 3 Certificate of Service # 4 Proposed Order) (Kassar, Camille)

**78** − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:77 Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 6/26/2019 to 1/24/2021, fee: $2290.00, expenses: $0.00. Filed by Camille J Kassar. Hearing scheduled for 2/25/2021 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Cover Letter Summary # 2 TIme sheet # 3 Certificate of Service # 4 Proposed Order) filed by Debtor Scott J Appel) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/26/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court