Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21156−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Scott J Appel
    264 Levinburg Lane
    Wayne, NJ 07470

Social Security No.:
    xxx−xx−6654

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        2/25/21
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Camille J Kassar, Debtor's Attorney

COMMISSION OR FEES
$2290.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 25, 2021
JAN:

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-21156-JKS

Scott J Appel     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Jan 25, 2021     Form ID: 137     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott J Appel, 264 Levinburg Lane, Wayne, NJ 07470-4080 |
| cr | + | Grandover Pointe Condominium Association, Inc., 1655 Valley Road, Ste. 300, c/o Wilkin Management Group, Wayne, NJ 07470, UNITED STATES 07470-2044 |
| 518281450 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518376177 | | EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518376269 | | NJ ACUTE CARE SPECIALISTS PROFESSIONAL CORP, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518281456 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518281457 | + | Td Auto Finance, Attn: Bankruptcy Dept, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 518281458 | + | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518281449 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 25 2021 21:41:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518281451 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 25 2021 22:50:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518345741 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 25 2021 22:55:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518281454 | + | Email/Text: camanagement@mtb.com | Jan 25 2021 21:43:00 | Hudson City Savings Ba, Hudson City Savings Bank, 80 W Century Road, Paramus, NJ 07652-1437 |
| 518281452 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 25 2021 22:50:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518281455 | | Email/Text: camanagement@mtb.com | Jan 25 2021 21:43:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518403769 | | Email/Text: camanagement@mtb.com | Jan 25 2021 21:43:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 518388479 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 25 2021 22:55:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518281459 | + | Email/Text: collect@williamsalexander.com | Jan 25 2021 21:42:00 | Waassociates, Po Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518281453 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Camille J Kassar | on behalf of Debtor Scott J Appel ckassar@locklawyers.com kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Karl Meth | on behalf of Creditor Grandover Pointe Condominium Association  Inc. kmeth@beckerlawyers.com, info@acalabreselaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank. phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank. rsolarz@kmllawgroup.com |
| Tana Bucca | on behalf of Creditor Grandover Pointe Condominium Association  Inc. tbucca@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8