Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21156−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott J Appel
   264 Levinburg Lane
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−6654

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/25/21 at 10:00 AM

to consider and act upon the following:

*77* − Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 6/26/2019 to 1/24/2021, fee: $2290.00, expenses: $0.00. Filed by Camille J Kassar. Hearing scheduled for 2/25/2021 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Cover Letter Summary # 2 TIme sheet # 3 Certificate of Service # 4 Proposed Order) (Kassar, Camille)

*78* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:77 Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 6/26/2019 to 1/24/2021, fee: $2290.00, expenses: $0.00. Filed by Camille J Kassar. Hearing scheduled for 2/25/2021 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Cover Letter Summary # 2 TIme sheet # 3 Certificate of Service # 4 Proposed Order) filed by Debtor Scott J Appel) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/26/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21156-JKS |
| Scott J Appel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 26, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Scott J Appel, 264 Levinburg Lane, Wayne, NJ 07470-4080 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille J Kassar | |
| | on behalf of Debtor Scott J Appel ckassar@locklawyers.com kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com |
| Denise E. Carlon | |
| | on behalf of Creditor M&T Bank. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karl Meth | |
| | on behalf of Creditor Grandover Pointe Condominium Association Inc. kmeth@beckerlawyers.com, info@acalabreselaw.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor M&T Bank. phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

                  on behalf of Creditor M&T Bank. rsolarz@kmllawgroup.com

Tana Bucca

                  on behalf of Creditor Grandover Pointe Condominium Association  Inc. tbucca@beckerlawyers.com

U.S. Trustee

                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8