| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Camille J. Kassar, Esquire<br>Law Offices of Camille J. Kassar, LLC<br>271 Route 46 West<br>Suite C-102<br>Fairfield, NJ 07004<br>973-227-3296<br>Fax:973-860-2448<br>email: Ckassar@locklawyers.com<br>Attorney for Debtor | Order Filed on March 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>Scott J. Appel | Case No.: | 19-21156 JKS |
| | Chapter: | 13 |
| | Judge: | JKS |

**REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: March 9, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar, Esq_____, the applicant, is allowed a fee of $ _____2290.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____2290.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1064.00_____ per month for _____40_____ months to allow for payment of the above fee.   Payment starting March 1, 2021

*rev.8/1/15*

2