UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Camille J. Kassar, Esquire
Law Offices of Camille J. Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
email: Ckassar@locklawyers.com
Attorney for Debtor

**Order Filed on March 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Scott J. Appel

Case No.: __19-21156 JKS__
Chapter: 13
Judge: ____JKS____

**REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: March 9, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar, Esq_____, the applicant, is allowed a fee of $ _____2290.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____2290.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1064.00_____ per month for ____40____ months to allow for payment of the above fee.  Payment starting March 1, 2021

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Scott J Appel  
    Debtor

Case No. 19-21156-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

**Recip ID        Recipient Name and Address**  
db            + Scott J Appel, 264 Levinburg Lane, Wayne, NJ 07470-4080

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

**Name**            **Email Address**

Camille J Kassar  
    on behalf of Debtor Scott J Appel ckassar@locklawyers.com  
    kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com

Denise E. Carlon  
    on behalf of Creditor M&T Bank. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Karl Meth  
    on behalf of Creditor Grandover Pointe Condominium Association  Inc. kmeth@beckerlawyers.com, info@acalabreselaw.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Phillip Andrew Raymond  
    on behalf of Creditor M&T Bank. phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor M&T Bank. rsolarz@kmllawgroup.com

Tana Bucca

    on behalf of Creditor Grandover Pointe Condominium Association  Inc. tbucca@beckerlawyers.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8