CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ  07004

Re:  SCOTT J APPEL
     264 LEVINBURG LANE
     WAYNE,  NJ  07470

Atty:  CAMILLE J KASSAR
       LAW OFFICES OF CAMILLE KASSAR, LLC
       271 ROUTE 46 WEST
       SUITE C-102
       FAIRFIELD, NJ  07004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 19-21156

## RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $65.73 | 539831801 | 08/06/2019 | $65.73 | 6074847000 |
| 09/04/2019 | $65.73 | 6150971000 | 10/11/2019 | $184.41 | 6248008000 |
| 03/02/2020 | $3,891.32 | 6606138000 | 04/22/2020 | $1,000.00 | 6732589000 |
| 05/06/2020 | $1,000.00 | 6772338000 | 05/07/2020 | $900.00 | 6774617000 |
| 06/02/2020 | $1,000.00 | 6834893000 | 07/09/2020 | $681.08 | 6928075000 |
| 08/12/2020 | $1,000.00 | 7007548000 | 09/15/2020 | $1,000.00 | 7086166000 |
| 11/23/2020 | $1,000.00 | 7251044000 | 12/03/2020 | $1,000.00 | 7282265000 |
| 01/07/2021 | $1,000.00 | 7364447000 | 01/08/2021 | $1,000.00 | 7364450000 |
| 01/19/2021 | $320.00 | 7386702000 | 03/01/2021 | $1,000.00 | 7481484000 |
| 03/30/2021 | $1,064.00 | 7559952000 | 05/03/2021 | $1,064.00 | 7637956000 |
| 06/02/2021 | $1,064.00 | 7709442000 | 06/29/2021 | $1,064.00 | 7771992000 |
| 07/29/2021 | $1,064.00 | 7839847000 | 08/30/2021 | $1,064.00 | 7912106000 |
| 10/04/2021 | $1,064.00 | 7994518000 | 11/12/2021 | $1,064.00 | 8075837000 |
| 01/04/2022 | $1,064.00 | 8189566000 | | | |

**Total Receipts: $25,750.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $25,750.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| M & T BANK | | | | | | | |
| | 11/18/2019 | $365.76 | 8,001,292 | | 07/20/2020 | $7,113.28 | 8,001,662 |
| | 07/20/2020 | $110.69 | 8,001,662 | | 08/17/2020 | $609.72 | 8,001,722 |
| | 08/17/2020 | $20.28 | 8,001,722 | | 09/21/2020 | $895.23 | 8,001,785 |
| | 09/21/2020 | $29.77 | 8,001,785 | | 10/19/2020 | $33.87 | 8,001,845 |
| | 01/11/2021 | $2,651.81 | 8,002,013 | | 01/11/2021 | $89.32 | 8,002,013 |
| | 04/19/2021 | $755.86 | 8,002,177 | | 04/19/2021 | $25.14 | 8,002,177 |
| | 05/17/2021 | $952.52 | 8,002,229 | | 05/17/2021 | $31.68 | 8,002,229 |
| | 06/21/2021 | $967.97 | 8,002,293 | | 06/21/2021 | $32.19 | 8,002,293 |
| | 07/19/2021 | $967.97 | 8,002,344 | | 07/19/2021 | $32.19 | 8,002,344 |
| | 08/16/2021 | $967.97 | 8,002,395 | | 08/16/2021 | $32.19 | 8,002,395 |

**Chapter 13 Case # 19-21156**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/20/2021 | $967.97 | 8,002,448 | | 09/20/2021 | $32.19 | 8,002,448 |
| | 10/18/2021 | $967.97 | 8,002,491 | | 10/18/2021 | $32.19 | 8,002,491 |
| | 11/17/2021 | $978.27 | 8,002,542 | | 11/17/2021 | $32.53 | 8,002,542 |
| | 12/13/2021 | $978.27 | 8,002,591 | | 12/13/2021 | $32.53 | 8,002,591 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,741.87 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,290.00 | 100.00% | 2,290.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,841.00 | 100.00% | 0.00 | 1,841.00 |
| 0004 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | M & T BANK | MORTGAGE ARRE | 41,165.78 | 100.00% | 20,174.44 | 20,991.34 |
| 0007 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 320.06 | 100.00% | 0.00 | 320.06 |
| 0008 | NJ ACUTE CARE SPECIALSTS PROFESSIO | UNSECURED | 338.48 | 100.00% | 0.00 | 338.48 |
| 0009 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,746.92 | 100.00% | 0.00 | 1,746.92 |
| 0010 | M & T BANK | (NEW) MTG Agree | 1,231.00 | 100.00% | 532.89 | 698.11 |

**Total Paid:  $24,739.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $25,750.00       -     Paid to Claims: $20,707.33       -     Admin Costs Paid: $4,031.87    =    Funds on Hand: $1,010.80

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.