| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: <u>19-21156 JKS</u> |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>M&T Bank | Chapter: <u>13</u><br><br>Judge: John K. Sherwood |
| In re:<br>Scott J. Appel, debtor<br><br>Julie Appel, co-debtor | |

Order Filed on March 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | | ☐ Modified |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 28, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of  M&T Bank, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as          264 Levinberg Ln, Wayne Twp NJ 07470**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Scott J Appel  
    Debtor

Case No. 19-21156-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Mar 29, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Scott J Appel, 264 Levinburg Lane, Wayne, NJ 07470-4080 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

**Name**     **Email Address**

Camille J Kassar  
    on behalf of Debtor Scott J Appel ckassar@locklawyers.com  
    bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon  
    on behalf of Creditor M&T Bank. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Karl Meth  
    on behalf of Creditor Grandover Pointe Condominium Association Inc. kmeth@beckerlawyers.com, info@acalabreselaw.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Phillip Andrew Raymond  
    on behalf of Creditor M&T Bank. phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor M&T Bank. rsolarz@kmllawgroup.com

Tana Bucca

on behalf of Creditor Grandover Pointe Condominium Association Inc. tbucca@beckerlawyers.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8