| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 13, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    SCOTT J APPEL | Case No.:  19-21156 JKS<br><br>Hearing Date:  5/12/2022 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: May 13, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SCOTT J APPEL

Case No.: 19-21156

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 05/12/2022 on notice to CAMILLE J KASSAR, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Motion to Reinstate Stay by 5/19/2022 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Motion to Reinstate Stay has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 5/31/2022 or the case will be dismissed at the hearing; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 6/9/2022 at 10:00 AM.