**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    SCOTT J APPEL

Order Filed on May 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-21156 JKS

Hearing Date:  5/12/2022

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED:** May 13, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SCOTT J APPEL

Case No.: 19-21156

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

THIS MATTER having come before the Court on 05/12/2022 on notice to CAMILLE J KASSAR, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Motion to Reinstate Stay by 5/19/2022 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Motion to Reinstate Stay has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 5/31/2022 or the case will be dismissed at the hearing; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 6/9/2022 at 10:00 AM.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21156-JKS |
| Scott J Appel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

**Recip ID        Recipient Name and Address**
db          +  Scott J Appel, 264 Levinburg Lane, Wayne, NJ 07470-4080

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:**

**Name                    Email Address**

Camille J Kassar
on behalf of Debtor Scott J Appel ckassar@locklawyers.com
bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor M&T Bank. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Karl Meth
on behalf of Creditor Grandover Pointe Condominium Association  Inc. kmeth@beckerlawyers.com, info@acalabreselaw.com

Marie-Ann Greenberg
magecf@magtrustee.com

Phillip Andrew Raymond
on behalf of Creditor M&T Bank. phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
on behalf of Creditor M&T Bank. rsolarz@kmllawgroup.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 13, 2022 | Form ID: pdf903 | Total Noticed: 1

Tana Bucca
          on behalf of Creditor Grandover Pointe Condominium Association  Inc. tbucca@beckerlawyers.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8