UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Scott J. Appel,

Debtor.

Case No.:     19-21156-JKS

Chapter:     13

Hearing Date:     6/9/2022

Judge:     Sherwood

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter: Motion for an Order Reinstating the Automatic Stay (Docket # 95)

_____

Date: 6/8/2022            /s/ Denise Carlon
                         Signature

*rev.8/1/15*