Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21156−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott J Appel
   264 Levinburg Lane
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−6654

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/14/22 at 10:00 AM

to consider and act upon the following:

*99 −* Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 2/18/2022 to 6/22/2022, fee: $1362.50, expenses: $0.00. Filed by Camille J Kassar. Hearing scheduled for 7/28/2022 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Time Sheet # 2 Summary # 3 Certification of Service # 4 Proposed Order) (Kassar, Camille)

*100 −* Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:99 Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 2/18/2022 to 6/22/2022, fee: $1362.50, expenses: $0.00. Filed by Camille J Kassar. Hearing scheduled for 7/28/2022 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Time Sheet # 2 Summary # 3 Certification of Service # 4 Proposed Order) filed by Debtor Scott J Appel) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/29/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                    Case No. 19-21156-JKS
Scott J Appel                                                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                                     User: admin                                                                     Page 1 of 2
Date Rcvd: Jun 29, 2022                                         Form ID: ntchrgbk                                                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

**Recip ID**          **Recipient Name and Address**
db                          + Scott J Appel, 264 Levinburg Lane, Wayne, NJ 07470-4080

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022                                          Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

**Name**                                        **Email Address**
Camille J Kassar
       on behalf of Debtor Scott J Appel ckassar@locklawyers.com
       bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
       on behalf of Creditor M&T Bank. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Karl Meth
       on behalf of Creditor Grandover Pointe Condominium Association  Inc. kmeth@beckerlawyers.com, info@acalabreselaw.com

Marie-Ann Greenberg
       magecf@magtrustee.com

Phillip Andrew Raymond
       on behalf of Creditor M&T Bank. phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
       on behalf of Creditor M&T Bank. rsolarz@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 29, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

Tana Bucca
    on behalf of Creditor Grandover Pointe Condominium Association Inc. tbucca@beckerlawyers.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8