UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar
Law Offices of Camille J. Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com

**Order Filed on July 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Scott J. Appel

Case No.:	19-21156

Chapter:	13

Judge:	JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 28, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar_____, the applicant, is allowed a fee of $ \_\_\_1362.50\_\_\_ for services rendered and expenses in the amount of $\_\_\_0.00\_\_\_ for a total of $\_\_\_1362.50\_\_\_. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_1130.00\_\_\_ per month for \_\_\_23\_\_\_ months to allow for payment of the above fee. Starting August 1, 2022

*rev.8/1/15*