| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |
| IN RE: SCOTT J APPEL |

Order Filed on July 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-21156 JKS

Hearing Date:  7/28/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 29, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SCOTT J APPEL

Case No.: 19-21156

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

 THIS MATTER having come before the Court on 07/28/2022 on notice to CAMILLE J KASSAR, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,130.00 starting on 8/1/2022 for the remaining 23 month(s).