UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar
Law Offices of Camille J. Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com

Order Filed on July 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Scott J. Appel

Case No.: 19-21156

Chapter: 13

Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 28, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar_____, the applicant, is allowed a fee of $ ____1362.50____ for services rendered and expenses in the amount of $____0.00____ for a total of $____1362.50____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1130.00____ per month for ____23____ months to allow for payment of the above fee. Starting August 1, 2022

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-21156-JKS
Scott J Appel                                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                                Page 1 of 2
Date Rcvd: Jul 28, 2022                Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Scott J Appel, 264 Levinburg Lane, Wayne, NJ 07470-4080 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022                                 Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

**Name**      **Email Address**

Camille J Kassar
    on behalf of Debtor Scott J Appel ckassar@locklawyers.com
    bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor M&T Bank. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Karl Meth
    on behalf of Creditor Grandover Pointe Condominium Association  Inc. kmeth@beckerlawyers.com, info@acalabreselaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Phillip Andrew Raymond
    on behalf of Creditor M&T Bank. phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor M&T Bank. rsolarz@kmllawgroup.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 28, 2022 | Form ID: pdf903 | Total Noticed: 1

Tana Bucca
        on behalf of Creditor Grandover Pointe Condominium Association Inc. tbucca@beckerlawyers.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8