# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u><br>Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>M&T Bank | CASE NO. 19-21156 JKS<br>CHAPTER 13<br>Judge: John K. Sherwood |
| --- | --- |
| In re:<br><br>Scott J. Appel | |

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 09/16/2005

I, Melissa Riley, employed as Assistant Vice President by M&T Bank, hereby certifies the following information:

Recorded on <u>September 29, 2005</u> in <u>Passaic</u> County, in <u>Instrument Number 2005095733</u>
Property Address: <u>264 Levinberg Ln, Wayne Twp NJ 07470.</u>

Mortgage Holder: <u>M&T Bank</u>

Mortgagor(s)/ Debtor(s): <u>Scott J. Appel</u>

POST-PETITION PAYMENTS (Petition filed on June 03, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
| --- | --- | --- | --- | --- | --- |
| Agreed Order Entered 07/12/2022 | | | | | - |
| | | To Suspense | $2,800.00 | 07/20/2022 | $2,800.00 |
| $4,645.55 | 07/15/2022 | AO Balance of Arrears | $2,801.00 | 08/22/2022 | $955.45 |
| $8,100.00 | 07/12/2022 | AO Lump Sum Payment | $8,100.00 | 09/06/2022 | $955.45 |
| $2,615.38 | 07/01/2022 | 07/2022 | $2,802.00 | 09/07/2022 | $1,142.07 |
| $2,615.38 | 08/01/2022 | 08/2022 | $2,803.00 | 10/07/2022 | $1,329.69 |
| $2,615.38 | 09/01/2022 | | $0.00 | | $1,329.69 |
| $2,615.38 | 10/01/2022 | | $0.00 | | $1,329.69 |
| Total Due: $23,207.07 | | Total Received: $19,306.00 | | Arrears: $3,901.07 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $2,615.38
Arrears: $3,901.07

Each current monthly payment is comprised of:
    Principal & Interest:  <u>$1,563.86</u>
    R.E. Taxes:  <u>$         </u>
    Insurance:  <u>$         </u>
    Other:  <u>$1,051.52</u>  (Specify: Escrow)
    TOTAL  <u>$2,615.38</u>

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

NOPC effective 11/01/2019: $2,598.31
NOPC effective 11/01/2020: $2,635.81
NOPC effective 11/01/2021: $2,615.38
NOPC effective 11/01/2022: $2,614.56

PRE-PETITION ARREARS: $41,165.78

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10/27/2022

Signature
Melissa Riley/ Assistant Vice President