Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21156−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott J Appel
   264 Levinburg Lane
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−6654

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/8/22 at 10:00 AM

to consider and act upon the following:

*115* − Creditor's Certification of Default (related document:101 Order on Motion to Reinstate Stay, 107 Amended Order (Generic)) filed by Denise E. Carlon on behalf of M&T Bank.. Objection deadline is 11/18/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*116* − in Opposition to (related document:115 Creditor's Certification of Default (related document:101 Order on Motion to Reinstate Stay, 107 Amended Order (Generic)) filed by Denise E. Carlon on behalf of M&T Bank.. Objection deadline is 11/18/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank.) filed by Camille J Kassar on behalf of Scott J Appel. (Kassar, Camille)

Dated: 11/15/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court