CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ  07004

Re:  SCOTT J APPEL
     264 LEVINBURG LANE
     WAYNE,  NJ  07470

Atty:  CAMILLE J KASSAR
     LAW OFFICES OF CAMILLE KASSAR, LLC
     271 ROUTE 46 WEST
     SUITE C-102
     FAIRFIELD, NJ  07004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-21156

## RECEIPTS AS OF 01/13/2023  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $65.73 | 539831801 | 08/06/2019 | $65.73 | 6074847000 |
| 09/04/2019 | $65.73 | 6150971000 | 10/11/2019 | $184.41 | 6248008000 |
| 03/02/2020 | $3,891.32 | 6606138000 | 04/22/2020 | $1,000.00 | 6732589000 |
| 05/06/2020 | $1,000.00 | 6772338000 | 05/07/2020 | $900.00 | 6774617000 |
| 06/02/2020 | $1,000.00 | 6834893000 | 07/09/2020 | $681.08 | 6928075000 |
| 08/12/2020 | $1,000.00 | 7007548000 | 09/15/2020 | $1,000.00 | 7086166000 |
| 11/23/2020 | $1,000.00 | 7251044000 | 12/03/2020 | $1,000.00 | 7282265000 |
| 01/07/2021 | $1,000.00 | 7364447000 | 01/08/2021 | $1,000.00 | 7364450000 |
| 01/19/2021 | $320.00 | 7386702000 | 03/01/2021 | $1,000.00 | 7481484000 |
| 03/30/2021 | $1,064.00 | 7559952000 | 05/03/2021 | $1,064.00 | 7637956000 |
| 06/02/2021 | $1,064.00 | 7709442000 | 06/29/2021 | $1,064.00 | 7771992000 |
| 07/29/2021 | $1,064.00 | 7839847000 | 08/30/2021 | $1,064.00 | 7912106000 |
| 10/04/2021 | $1,064.00 | 7994518000 | 11/12/2021 | $1,064.00 | 8075837000 |
| 01/04/2022 | $1,064.00 | 8189566000 | 02/24/2022 | $1,064.00 | 8294361000 |
| 02/25/2022 | $1,064.00 | 8295694000 | 02/28/2022 | $1,064.00 | 8302577000 |
| 04/05/2022 | $1,064.00 | 8385470000 | 05/09/2022 | $1,064.00 | 8454065000 |
| 06/03/2022 | $1,064.00 | 8506820000 | 06/06/2022 | $1,064.00 | 8508926000 |
| 07/14/2022 | $1,064.00 | 8586980000 | 08/16/2022 | $1,130.00 | 8652183000 |
| 09/06/2022 | $1,130.00 | 8687222000 | 10/05/2022 | $1,130.00 | 8751367000 |
| 11/15/2022 | $1,130.00 | 8827053000 | 12/08/2022 | $1,130.00 | 8872448000 |
| 01/03/2023 | $1,130.00 | 8913485000 | | | |

**Total Receipts: $41,042.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $41,042.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M & T BANK | 11/18/2019 | $365.76 | 8,001,292 | 07/20/2020 | $7,113.28 | 8,001,662 |

Chapter 13 Case # 19-21156

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/20/2020 | $110.69 | 8,001,662 | | 08/17/2020 | $609.72 | 8,001,722 |
| | 08/17/2020 | $20.28 | 8,001,722 | | 09/21/2020 | $895.23 | 8,001,785 |
| | 09/21/2020 | $29.77 | 8,001,785 | | 10/19/2020 | $33.87 | 8,001,845 |
| | 01/11/2021 | $2,651.81 | 8,002,013 | | 01/11/2021 | $89.32 | 8,002,013 |
| | 04/19/2021 | $755.86 | 8,002,177 | | 04/19/2021 | $25.14 | 8,002,177 |
| | 05/17/2021 | $952.52 | 8,002,229 | | 05/17/2021 | $31.68 | 8,002,229 |
| | 06/21/2021 | $967.97 | 8,002,293 | | 06/21/2021 | $32.19 | 8,002,293 |
| | 07/19/2021 | $967.97 | 8,002,344 | | 07/19/2021 | $32.19 | 8,002,344 |
| | 08/16/2021 | $967.97 | 8,002,395 | | 08/16/2021 | $32.19 | 8,002,395 |
| | 09/20/2021 | $967.97 | 8,002,448 | | 09/20/2021 | $32.19 | 8,002,448 |
| | 10/18/2021 | $967.97 | 8,002,491 | | 10/18/2021 | $32.19 | 8,002,491 |
| | 11/17/2021 | $978.27 | 8,002,542 | | 11/17/2021 | $32.53 | 8,002,542 |
| | 12/13/2021 | $978.27 | 8,002,591 | | 12/13/2021 | $32.53 | 8,002,591 |
| | 02/14/2022 | $978.27 | 8,002,698 | | 02/14/2022 | $32.53 | 8,002,698 |
| | 07/18/2022 | $5,562.26 | 8,002,962 | | 07/18/2022 | $214.68 | 8,002,962 |
| | 08/15/2022 | $951.02 | 8,003,012 | | 08/15/2022 | $75.74 | 8,003,012 |
| | 09/19/2022 | $1,010.01 | 8,003,059 | | 09/19/2022 | $80.44 | 8,003,059 |
| | 10/17/2022 | $1,010.01 | 8,003,111 | | 10/17/2022 | $80.44 | 8,003,111 |
| | 11/14/2022 | $989.08 | 8,003,162 | | 11/14/2022 | $78.77 | 8,003,162 |
| | 01/09/2023 | $1,978.15 | 8,003,266 | | 01/09/2023 | $157.55 | 8,003,266 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,415.37 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,652.50 | 100.00% | 3,652.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,841.00 | 100.00% | 0.00 | 1,841.00 |
| 0004 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | M & T BANK | MORTGAGE ARRE | 41,165.78 | 100.00% | 32,653.24 | 8,512.54 |
| 0007 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 320.06 | 100.00% | 0.00 | 320.06 |
| 0008 | NJ ACUTE CARE SPECIALSTS PROFESSIO | UNSECURED | 338.48 | 100.00% | 0.00 | 338.48 |
| 0009 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,746.92 | 100.00% | 0.00 | 1,746.92 |
| 0010 | M & T BANK | (NEW) MTG Agree | 1,931.00 | 100.00% | 1,253.04 | 677.96 |

**Total Paid: $39,974.15**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $41,042.00    -    Paid to Claims: $33,906.28    -    Admin Costs Paid: $6,067.87    =    Funds on Hand: $1,067.85

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.