UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar, Esq.
Law Office of Camille J. Kassar
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
T: 973-227-3296
F: 973-860-2448
email: ckassar@locklawyers.com

Order Filed on January 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Scott J. Appel

Case No.: 19-21156JKS

Chapter: 13

Judge: JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 20, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar, Esq._____, the applicant, is allowed a fee of $ _____962.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____962.50_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,187.00____ per month for ____17____ months to allow for payment of the above fee.

*rev.8/1/15*