CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
35 NORTHWEST STREET
LINCOLN PARK, NJ  07035

Re:  SCOTT J APPEL              Atty:  CAMILLE J KASSAR
     264 LEVINBURG LANE                LAW OFFICES OF CAMILLE KASSAR, LLC
     WAYNE,  NJ  07470                 35 NORTHWEST STREET
                                       LINCOLN PARK, NJ  07035

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 19-21156

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $65.73 | 539831801 | 08/06/2019 | $65.73 | 6074847000 |
| 09/04/2019 | $65.73 | 6150971000 | 10/11/2019 | $184.41 | 6248008000 |
| 03/02/2020 | $3,891.32 | 6606138000 | 04/22/2020 | $1,000.00 | 6732589000 |
| 05/06/2020 | $1,000.00 | 6772338000 | 05/07/2020 | $900.00 | 6774617000 |
| 06/02/2020 | $1,000.00 | 6834893000 | 07/09/2020 | $681.08 | 6928075000 |
| 08/12/2020 | $1,000.00 | 7007548000 | 09/15/2020 | $1,000.00 | 7086166000 |
| 11/23/2020 | $1,000.00 | 7251044000 | 12/03/2020 | $1,000.00 | 7282265000 |
| 01/07/2021 | $1,000.00 | 7364447000 | 01/08/2021 | $1,000.00 | 7364450000 |
| 01/19/2021 | $320.00 | 7386702000 | 03/01/2021 | $1,000.00 | 7481484000 |
| 03/30/2021 | $1,064.00 | 7559952000 | 05/03/2021 | $1,064.00 | 7637956000 |
| 06/02/2021 | $1,064.00 | 7709442000 | 06/29/2021 | $1,064.00 | 7771992000 |
| 07/29/2021 | $1,064.00 | 7839847000 | 08/30/2021 | $1,064.00 | 7912106000 |
| 10/04/2021 | $1,064.00 | 7994518000 | 11/12/2021 | $1,064.00 | 8075837000 |
| 01/04/2022 | $1,064.00 | 8189566000 | 02/24/2022 | $1,064.00 | 8294361000 |
| 02/25/2022 | $1,064.00 | 8295694000 | 02/28/2022 | $1,064.00 | 8302577000 |
| 04/05/2022 | $1,064.00 | 8385470000 | 05/09/2022 | $1,064.00 | 8454065000 |
| 06/03/2022 | $1,064.00 | 8506820000 | 06/06/2022 | $1,064.00 | 8508926000 |
| 07/14/2022 | $1,064.00 | 8586980000 | 08/16/2022 | $1,130.00 | 8652183000 |
| 09/06/2022 | $1,130.00 | 8687222000 | 10/05/2022 | $1,130.00 | 8751367000 |
| 11/15/2022 | $1,130.00 | 8827053000 | 12/08/2022 | $1,130.00 | 8872448000 |
| 01/03/2023 | $1,130.00 | 8913485000 | 02/27/2023 | $1,187.00 | 9019950000 |
| 03/20/2023 | $1,187.00 | 9064777000 | 05/01/2023 | $1,187.00 | 9138255000 |
| 05/01/2023 | $1,187.00 | 9138257000 | 06/29/2023 | $1,187.00 | 9244973000 |
| 06/30/2023 | $1,187.00 | 9244975000 | 08/08/2023 | $1,187.00 | 9318030000 |
| 10/03/2023 | $1,187.00 | 9412266000 | 10/27/2023 | $1,187.00 | 9451144000 |
| 11/17/2023 | $1,187.00 | 9488205000 | 12/28/2023 | $1,187.00 | 9551716000 |

**Total Receipts: $54,099.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $54,099.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

**Chapter 13 Case # 19-21156**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 12/11/2023 | $386.53 | 920,532 | | | |
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | |
| | 12/11/2023 | $67.20 | 920,129 | | | |
| M & T BANK | | | | | | |
| | 11/18/2019 | $365.76 | 8,001,292 | 07/20/2020 | $7,113.28 | 8,001,662 |
| | 07/20/2020 | $110.69 | 8,001,662 | 08/17/2020 | $609.72 | 8,001,722 |
| | 08/17/2020 | $20.28 | 8,001,722 | 09/21/2020 | $895.23 | 8,001,785 |
| | 09/21/2020 | $29.77 | 8,001,785 | 10/19/2020 | $33.87 | 8,001,845 |
| | 01/11/2021 | $2,651.81 | 8,002,013 | 01/11/2021 | $89.32 | 8,002,013 |
| | 04/19/2021 | $755.86 | 8,002,177 | 04/19/2021 | $25.14 | 8,002,177 |
| | 05/17/2021 | $952.52 | 8,002,229 | 05/17/2021 | $31.68 | 8,002,229 |
| | 06/21/2021 | $967.97 | 8,002,293 | 06/21/2021 | $32.19 | 8,002,293 |
| | 07/19/2021 | $967.97 | 8,002,344 | 07/19/2021 | $32.19 | 8,002,344 |
| | 08/16/2021 | $967.97 | 8,002,395 | 08/16/2021 | $32.19 | 8,002,395 |
| | 09/20/2021 | $967.97 | 8,002,448 | 09/20/2021 | $32.19 | 8,002,448 |
| | 10/18/2021 | $967.97 | 8,002,491 | 10/18/2021 | $32.19 | 8,002,491 |
| | 11/17/2021 | $978.27 | 8,002,542 | 11/17/2021 | $32.53 | 8,002,542 |
| | 12/13/2021 | $978.27 | 8,002,591 | 12/13/2021 | $32.53 | 8,002,591 |
| | 02/14/2022 | $978.27 | 8,002,698 | 02/14/2022 | $32.53 | 8,002,698 |
| | 07/18/2022 | $5,562.26 | 8,002,962 | 07/18/2022 | $214.68 | 8,002,962 |
| | 08/15/2022 | $951.02 | 8,003,012 | 08/15/2022 | $75.74 | 8,003,012 |
| | 09/19/2022 | $1,010.01 | 8,003,059 | 09/19/2022 | $80.44 | 8,003,059 |
| | 10/17/2022 | $1,010.01 | 8,003,111 | 10/17/2022 | $80.44 | 8,003,111 |
| | 11/14/2022 | $989.08 | 8,003,162 | 11/14/2022 | $78.77 | 8,003,162 |
| | 01/09/2023 | $1,978.15 | 8,003,266 | 01/09/2023 | $157.55 | 8,003,266 |
| | 02/13/2023 | $97.58 | 8,003,317 | 02/13/2023 | $7.77 | 8,003,317 |
| | 04/17/2023 | $1,038.97 | 8,003,431 | 04/17/2023 | $82.75 | 8,003,431 |
| | 05/15/2023 | $1,038.97 | 8,003,481 | 05/15/2023 | $82.75 | 8,003,481 |
| | 06/12/2023 | $2,055.94 | 8,003,546 | 06/12/2023 | $163.74 | 8,003,546 |
| | 08/14/2023 | $2,055.94 | 8,003,655 | 08/14/2023 | $163.74 | 8,003,655 |
| | 09/18/2023 | $1,027.97 | 8,003,697 | 09/18/2023 | $81.87 | 8,003,697 |
| | 11/13/2023 | $1,011.49 | 8,003,825 | 11/13/2023 | $80.55 | 8,003,825 |
| | 12/11/2023 | $185.68 | 8,003,871 | 12/11/2023 | $14.79 | 8,003,871 |
| NJ ACUTE CARE SPECIALSTS PROFESSIONAL CORP | | | | | | |
| | 12/11/2023 | $71.07 | 920,146 | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 12/11/2023 | $366.78 | 920,215 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,415.63 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,615.00 | 100.00% | 4,615.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,841.00 | 100.00% | 859.97 | 981.03 |
| 0004 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | M & T BANK | MORTGAGE ARRE | 41,165.78 | 100.00% | 41,165.78 | 0.00 |
| 0007 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 320.06 | 100.00% | 149.51 | 170.55 |
| 0008 | NJ ACUTE CARE SPECIALSTS PROFESSIO | UNSECURED | 338.48 | 100.00% | 158.11 | 180.37 |
| 0009 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,746.92 | 100.00% | 816.03 | 930.89 |
| 0010 | M & T BANK | (NEW) MTG Agree | 1,931.00 | 100.00% | 1,931.00 | 0.00 |

**Total Paid: $53,111.03**
See Summary

**Chapter 13 Case # 19-21156**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $54,099.00    -    Paid to Claims: $45,080.40    -    Admin Costs Paid: $8,030.63    =    Funds on Hand: $2,288.86

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.