Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 7, 2024

#### Chapter 13 Case # 19-21156

Re:  SCOTT J APPEL  
264 LEVINBURG LANE  
WAYNE, NJ  07470

Atty:  CAMILLE J KASSAR  
LAW OFFICES OF CAMILLE KASSAR, LLC  
35 NORTHWEST STREET  
LINCOLN PARK, NJ  07035

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $65.73 | 539831801 | 08/06/2019 | $65.73 | 6074847000 |
| 09/04/2019 | $65.73 | 6150971000 | 10/11/2019 | $184.41 | 6248008000 |
| 03/02/2020 | $3,891.32 | 6606138000 | 04/22/2020 | $1,000.00 | 6732589000 |
| 05/06/2020 | $1,000.00 | 6772338000 | 05/07/2020 | $900.00 | 6774617000 |
| 06/02/2020 | $1,000.00 | 6834893000 | 07/09/2020 | $681.08 | 6928075000 |
| 08/12/2020 | $1,000.00 | 7007548000 | 09/15/2020 | $1,000.00 | 7086166000 |
| 11/23/2020 | $1,000.00 | 7251044000 | 12/03/2020 | $1,000.00 | 7282265000 |
| 01/07/2021 | $1,000.00 | 7364447000 | 01/08/2021 | $1,000.00 | 7364450000 |
| 01/19/2021 | $320.00 | 7386702000 | 03/01/2021 | $1,000.00 | 7481484000 |
| 03/30/2021 | $1,064.00 | 7559952000 | 05/03/2021 | $1,064.00 | 7637956000 |
| 06/02/2021 | $1,064.00 | 7709442000 | 06/29/2021 | $1,064.00 | 7771992000 |
| 07/29/2021 | $1,064.00 | 7839847000 | 08/30/2021 | $1,064.00 | 7912106000 |
| 10/04/2021 | $1,064.00 | 7994518000 | 11/12/2021 | $1,064.00 | 8075837000 |
| 01/04/2022 | $1,064.00 | 8189566000 | 02/24/2022 | $1,064.00 | 8294361000 |
| 02/25/2022 | $1,064.00 | 8295694000 | 02/28/2022 | $1,064.00 | 8302577000 |
| 04/05/2022 | $1,064.00 | 8385470000 | 05/09/2022 | $1,064.00 | 8454065000 |
| 06/03/2022 | $1,064.00 | 8506820000 | 06/06/2022 | $1,064.00 | 8508926000 |
| 07/14/2022 | $1,064.00 | 8586980000 | 08/16/2022 | $1,130.00 | 8652183000 |
| 09/06/2022 | $1,130.00 | 8687222000 | 10/05/2022 | $1,130.00 | 8751367000 |
| 11/15/2022 | $1,130.00 | 8827053000 | 12/08/2022 | $1,130.00 | 8872448000 |
| 01/03/2023 | $1,130.00 | 8913485000 | 02/27/2023 | $1,187.00 | 9019950000 |
| 03/20/2023 | $1,187.00 | 9064777000 | 05/01/2023 | $1,187.00 | 9138255000 |
| 05/01/2023 | $1,187.00 | 9138257000 | 06/29/2023 | $1,187.00 | 9244973000 |
| 06/30/2023 | $1,187.00 | 9244975000 | 08/08/2023 | $1,187.00 | 9318030000 |
| 10/03/2023 | $1,187.00 | 9412266000 | 10/27/2023 | $1,187.00 | 9451144000 |
| 11/17/2023 | $1,187.00 | 9488205000 | 12/28/2023 | $1,187.00 | 9551716000 |
| 01/10/2024 | $1,300.89 | 9576374000 | | | |

**Total Receipts: $55,399.89  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $55,399.89**

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,415.63 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 4,615.00 | 100.00% | 4,615.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,841.00 | 100.00% | 859.97 | 981.03 |
| 0004 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | M & T BANK | MORTGAGE ARRE | 41,165.78 | 100.00% | 41,165.78 | 0.00 |
| 0007 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 320.06 | 100.00% | 149.51 | 170.55 |
| 0008 | NJ ACUTE CARE SPECIALSTS PROFESSIO | UNSECURED | 338.48 | 100.00% | 158.11 | 180.37 |
| 0009 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,746.92 | 100.00% | 816.03 | 930.89 |
| 0010 | M & T BANK | (NEW) MTG Agree | 1,931.00 | 100.00% | 1,931.00 | 0.00 |

**Total Paid: $53,111.03**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 12/11/2023 | $386.53 | 920532 | 01/08/2024 | $473.44 | 921915 |
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | |
| | 12/11/2023 | $67.20 | 920129 | 01/08/2024 | $82.31 | 921532 |
| M & T BANK | | | | | | |
| | 11/18/2019 | $365.76 | 8001292 | 07/20/2020 | $7,113.28 | 8001662 |
| | 07/20/2020 | $110.69 | 8001662 | 08/17/2020 | $20.28 | 8001722 |
| | 08/17/2020 | $609.72 | 8001722 | 09/21/2020 | $895.23 | 8001785 |
| | 09/21/2020 | $29.77 | 8001785 | 10/19/2020 | $33.87 | 8001845 |
| | 01/11/2021 | $2,651.81 | 8002013 | 01/11/2021 | $89.32 | 8002013 |
| | 04/19/2021 | $25.14 | 8002177 | 04/19/2021 | $755.86 | 8002177 |
| | 05/17/2021 | $952.52 | 8002229 | 05/17/2021 | $31.68 | 8002229 |
| | 06/21/2021 | $32.19 | 8002293 | 06/21/2021 | $967.97 | 8002293 |
| | 07/19/2021 | $967.97 | 8002344 | 07/19/2021 | $32.19 | 8002344 |
| | 08/16/2021 | $32.19 | 8002395 | 08/16/2021 | $967.97 | 8002395 |
| | 09/20/2021 | $967.97 | 8002448 | 09/20/2021 | $32.19 | 8002448 |
| | 10/18/2021 | $32.19 | 8002491 | 10/18/2021 | $967.97 | 8002491 |
| | 11/17/2021 | $978.27 | 8002542 | 11/17/2021 | $32.53 | 8002542 |
| | 12/13/2021 | $32.53 | 8002591 | 12/13/2021 | $978.27 | 8002591 |
| | 02/14/2022 | $978.27 | 8002698 | 02/14/2022 | $32.53 | 8002698 |
| | 07/18/2022 | $214.68 | 8002962 | 07/18/2022 | $5,562.26 | 8002962 |
| | 08/15/2022 | $951.02 | 8003012 | 08/15/2022 | $75.74 | 8003012 |
| | 09/19/2022 | $80.44 | 8003059 | 09/19/2022 | $1,010.01 | 8003059 |
| | 10/17/2022 | $1,010.01 | 8003111 | 10/17/2022 | $80.44 | 8003111 |
| | 11/14/2022 | $78.77 | 8003162 | 11/14/2022 | $989.08 | 8003162 |
| | 01/09/2023 | $1,978.15 | 8003266 | 01/09/2023 | $157.55 | 8003266 |
| | 02/13/2023 | $7.77 | 8003317 | 02/13/2023 | $97.58 | 8003317 |
| | 04/17/2023 | $1,038.97 | 8003431 | 04/17/2023 | $82.75 | 8003431 |
| | 05/15/2023 | $82.75 | 8003481 | 05/15/2023 | $1,038.97 | 8003481 |
| | 06/12/2023 | $2,055.94 | 8003546 | 06/12/2023 | $163.74 | 8003546 |
| | 08/14/2023 | $163.74 | 8003655 | 08/14/2023 | $2,055.94 | 8003655 |
| | 09/18/2023 | $1,027.97 | 8003697 | 09/18/2023 | $81.87 | 8003697 |
| | 11/13/2023 | $80.55 | 8003825 | 11/13/2023 | $1,011.49 | 8003825 |
| | 12/11/2023 | $185.68 | 8003871 | 12/11/2023 | $14.79 | 8003871 |

**Chapter 13 Case # 19-21156**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NJ ACUTE CARE SPECIALSTS PROFESSIONAL CORP | | | | | | | |
| | 12/11/2023 | $71.07 | 920146 | | 01/08/2024 | $87.04 | 921554 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 12/11/2023 | $366.78 | 920215 | | 01/08/2024 | $449.25 | 921617 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: February 07, 2024.

Receipts: $55,399.89        -    Paid to Claims: $45,080.40    -    Admin Costs Paid: $8,030.63    =    Funds on Hand: $2,288.86

Unpaid Balance to Claims: $2,262.84      +    Unpaid Trustee Comp: $0.00           =    Total Unpaid Balance: **($26.02)

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.